IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANNIE C. HAWKINS,              )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )      3:07cv953-MHT
                               )
STATE FARM FIRE AND            )
CASUALTY COMPANY and           )
DONNY HOLLEY,                  )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that the motions to dismiss (Doc. Nos. 1 & 2) are denied.

DONE, this the 29th day of October, 2007.

                                    /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE