IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANNIE C. HAWKINS,         ) | |
|     Plaintiff,           ) | |
|     )    | CIVIL ACTION NO. |
|   v.                        )   | 3:07cv953-MHT |
|     ) | |
| STATE FARM FIRE AND       ) | |
| CASUALTY COMPANY and      ) | |
| DONNY HOLLEY,             ) | |
|     Defendants.         ) | |

ORDER

It is ORDERED that the motion to remand (Doc. No. 10) is set for submission, without oral argument, on November 9, 2007, with all briefs due by said date.

DONE, this the 8th day of November, 2007.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE