IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANNIE C. HAWKINS,            )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     3:07cv953-MHT
                             )
STATE FARM FIRE AND          )
CASUALTY COMPANY and         )
DONNY HOLLEY,                )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for reconsideration (Doc. No. 21) is granted. See Lowery v. Alabama Power Co., 483 F.3d 1184 (11th Cir. 2007).

DONE, this the 16th day of November, 2007.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE